
**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 12, 2022

<u>VIA ECF</u>

**MEMORANDUM ENDORSED**

The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Contreras v. HydraPak LLC*, Case No. 1:21-cv-09062-PAE-GWG

Dear Judge Gorenstein:

We represent Defendant HydraPak LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from January 12, 2022 to February 28, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

---

The deadline to respond to the complaint is extended to February 28, 2022.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 13, 2022

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms